1  ERIC TROUTMAN - SBN 229263
   Eric.troutman@wbd-us.com
2  ARTIN BETPERA (SBN 244477)
   Artin.betpera@wbd-us.com
3  WOMBLE BOND DICKINSON (US) LLP
4  3200 Park Center Drive, Suite 700
   Costa Mesa, CA 92626
5  Telephone: (714) 557-3800
6  Facsimile: (714) 557-3347

7  Attorneys for Defendant
   WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| URSULA BOLDT,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 through 100 inclusive,<br><br>      Defendant. | CASE NO. 5:18-CV-02005<br><br>**ORDER ON STIPULATION TO ARBITRATE AND STAY PROCEEDINGS** |

Pursuant to the Stipulation to Arbitrate and Stay Proceedings by Plaintiff Ursula Boldt and Defendant Wells Fargo Bank, N.A., and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that:

1. The proceedings in the above-captioned matter are stayed pending arbitration of this matter;

2. The arbitration shall be conducted through the American Arbitration Association ("AAA"); and,

3. Plaintiff will initiate arbitration with the AAA according to the Rules set forth by the AAA.

4. Parties to file a joint status report by May 16, 2019.

**IT IS SO ORDERED.**

Dated: May 16, 2018,



HONORABLE MAGISTRATE JUDGE
NATHANAEL M. COUSINS

## **CERTIFICATE OF SERVICE**

**Ursula Boldt v. Wells Fargo Bank, N.A.**
**C.A. No. 5:18-cv-02005**

I hereby certify that on this 8th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: N/A

I hereby certify that I have mailed by United States Postal Service and sent by electronic mail the following document to the following non-CM/ECF participants:

Elliot W. Gale
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
egale@sagarialaw.com


*/s/ Artin Betpera*
Artin Betpera

CERTIFICATE OF SERVICE